IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CION ADONIS PERALTA,

    Petitioner,                      No. 2:12-cv-2571 CKD P

    vs.

GARY S. SANDOR, Warden[1],

    Respondent.               ORDER

_____/

       Petitioner, a state prisoner proceeding pro se, has filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. On October 18, 2012, the court ordered petitioner to file an affidavit in support of his request to proceed in forma pauperis or pay the appropriate filing fee. Petitioner asserts that he cannot complete an in forma pauperis application because prison staff at the California Institution for Men will not provide him with a certified trust account statement, despite his repeated attempts to obtain one. (Dkt. Nos. 1-1, 5.)

\\\\\

---

[1] Petitioner has named Michael Martel as respondent in this action. As it appears as a matter of public record that Gary S. Sandor is the current Warden of the CIM, the court will substitute him as the correct respondent. See Stanley v. California Supreme Court, 21 F.3d 359, 360 (9th Cir. 1994) ("A petitioner for habeas corpus relief must name the state officer having custody of him or her as the respondent to the petition."); Rule 2(a), 28 U.S.C. foll. § 2254).

1

1       Good cause appearing, IT IS HEREBY ORDERED that:

2       1. The Clerk of Court shall substitute Gary S. Sandor, Warden, as respondent in the docket of this action;

4       2. Within ten days from the date of this order, respondent shall file and serve papers showing cause why petitioner has not been provided with a certified trust account statement in order to apply for in forma pauperis status in this action; or, alternatively, indicate that petitioner has been provided with this statement.

8       3.  The Clerk of the Court shall serve a copy of this order on Michael Patrick Farrell, Senior Assistant Attorney General.

Dated: December 10, 2012

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

2
pera2571.osc